UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 8, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA, )
)                Case No. MAG. 09-0182-KJM
            Plaintiff,            )
v.                                )
)                ORDER FOR RELEASE OF
DAVID LEE WILLIAM NEWMAN,    )    PERSON IN CUSTODY
)
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID LEE WILLIAM NEWMAN, Case No.

MAG. 09-0182-KJM from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

   _X_   Unsecured Appearance Bond

   _____   Appearance Bond with Surety

   _X_   (Other) Conditions as stated on the record.

   _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  06/08/09  at 3:04 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge